RICHARD TRAFTON *v.* JEFFREY CORREA, AGENT FOR GOVERNOR JOHN R. ROWLAND
(AC 16003)

Lavery, Hennessy and Dupont, Js.

Argued September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

JOHN M. GROTTOLE ET AL. *v.* FRANK DEMILO ET AL.
(AC 16644)

Lavery, Hennessy and Dupont, Js.

Argued September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

MICHAEL PLANETA *v.* BAHAMA BOBS HARTFORD, INC., ET AL.
(AC 16086)

O'Connell, C. J., and Spear and Hennessy, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.